1   Robert Garrett, SBN 065886
    rgarrett@garrett-tully.com
2   Alexander Levy, SBN 061887
    alevy@garrett-tully.com
3   Candie Chang, SBN 215019
    chang@garrett-tully.com
4   GARRETT & TULLY, P.C.
    225 S. Lake Avenue, Suite 1400
5   Pasadena, CA 91101-4869
    Telephone: (626) 577-9500
6   Facsimile: (626) 577-0813

7   Attorneys for plaintiff Federal Deposit Insurance
    Corporation, as receiver, for IndyMac Federal Bank, FSB

8                   UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11  Federal Deposit Insurance Corporation,        CASE NO.  CV-10-9894-ODW (Ex)
    as Receiver for IndyMac Federal Bank,
12  FSB
                                                   **REQUEST TO CLERK TO ENTER
13              Plaintiff,                          DEFAULT AGAINST DEFENDANT
                                                   COASTLINE LENDING GROUP;
14        vs.                                       DECLARATION OF CANDIE Y.
                                                   CHANG IN SUPPORT THEREOF**
15  Dominique Ocampo; Jasmine Bayot
    Golez Ocampo; Devonna Troope; Erez
16  Yehezkilof, Iris Yehezkilof; Coastline
    Lending Group; FCI Lender Services,
17  Inc., a corporation; Does 1 through 5,
    being all persons unknown, claiming any
18  legal or equitable right, title, estate, lien
    or interest in the property described in
19  the complaint adverse to the plaintiff's
    title, or any cloud on plaintiff's title
20  thereto; Does 6 through 10,

21
                Defendants.
22

23

24

25

26

27

28

GARRETT & TULLY
A PROFESSIONAL CORPORATION

75914.wpd
99000-AL

1

1   Defendant Coastline Lending Group ("CLG") having failed to answer or

2   otherwise appear in the above-entitled action, and the time to answer having expired,

3   plaintiff hereby requests that the Clerk enter CLG's default pursuant to Rule 55(a) of

4   the Federal Rules of Civil Procedure.

5   Respectfully submitted,

6

7   DATED: April 19, 2011                    GARRETT & TULLY, P.C.

8

9

10   _____

11   Robert Garrett
     Alexander Levy
     Candie Y. Chang
12   Attorneys for plaintiff Federal Deposit
     Insurance Corporation, as Receiver, for
13   IndyMac Federal Bank, FSB

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GARRETT & TULLY**
A PROFESSIONAL CORPORATION

75914.wpd
99000-AL

## DECLARATION OF CANDIE Y. CHANG

I, Candie Y. Chang, declare as follows:

1.     I am the attorney for plaintiff Federal Deposit Insurance Corporation, as receiver, for IndyMac Federal Bank, FSB in the above action.

2.     A copy of the summons and complaint was served on defendant Coastline Lending Group ("CLG") on January 14, 2011, and the proof of service is on file in this action (filed on February 3, 2011, Page ID #: 152 - 155).

3.     Defendant CLG has not answered or otherwise appeared in this action, and the time within which for CLG to appear has expired.

4.     On February 16, 2011, CLG's president Jeffrey Joseph contacted me and asked for an extension to respond.  I advised Mr. Joseph that plaintiff is willing to provide CLG with the requested extension.  However, CLG should prepare and submit a stipulation and proposed order for extension of time to respond, and file it with the court.  Following this communication, I received no further communication from CLG or Mr. Joseph.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct.

Executed on April 19, 2011, at Pasadena, California.

CANDIE Y. CHANG

GARRETT & TULLY
A PROFESSIONAL CORPORATION

75914.wpd
99000-AL

3

Request to Enter Default Against Coastline Lending Group

CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2011. I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 19, 2011.

/s/ Erika Lopez
Erika Lopez
Garrett & Tully, APC
225 So. Lake Avenue, Suite 1400
Pasadena, CA 91101
Telephone: (626) 577-9500
Facsimile: (626) 577-0813
Email: elopez@garrett-tully.com

GARRETT & TULLY
A PROFESSIONAL CORPORATION

75914.wpd
99000-AL

Request to Enter Default Against Coastline Lending Group