UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9894 ODW(Ex) | Date | April 29, 2011 |
|---|---|---|---|
| Title | Federal Deposit Insurance Corporation v. Dominique Ocampo et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| Not present | | Not present |

**Proceedings (In Chambers):**   Order to Show Cause re Case Settlement

In the parties' Joint Rule 26(f) Report [51] (filed 4/25/11) counsel indicate that, due to defendants having settled, or having been found in default, or having been declared non-monetary status, that discovery and trial will not be necessary in this action. The docket indicates that default judgment is pending against Defendant Dominique Ocampo; Default has been entered by the clerk against Defendant Coastline Lending Group; settlement has been reached with Defendants D. Troope, E. Yehezkilof and I. Yehezkilof; and Defendant FCI has declared non-monetary status.

The Court orders the parties to show cause why settlement has not been finalized with the above-named Defendants who have settled and sets a hearing on the matter for **Monday, June 27, 2011 at 1:30 p.m.**

The OSC hearing will be vacated upon receipt by the Court of a stipulation and proposed order of dismissal.

The Court also orders that Defendant FCI be dismissed, or that counsel take whatever appropriate action is required to resolve FCI's appearance in the case.

A separate OSC will issue re default against Defendant Coastline.

IT IS SO ORDERED.

|   |   | : | 00 |
|---|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9894 ODW(Ex) | Date | April 29, 2011 |
|---|---|---|---|
| Title | Federal Deposit Insurance Corporation v. Dominique Ocampo et al | | |

Initials of Preparer   RGN