Robert Garrett, SBN 065886
rgarrett@garrett-tully.com
Alexander Levy, SBN 061887
alevy@garrett-tully.com
Candie Chang, SBN 215019
chang@garrett-tully.com
GARRETT & TULLY, P.C.
225 S. Lake Avenue, Suite 1400
Pasadena, CA 91101-4869
Telephone: (626) 577-9500
Facsimile: (626) 577-0813



Attorneys for plaintiff Federal Deposit Insurance Corporation, as receiver for IndyMac Federal Bank, FSB

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Federal Deposit Insurance Corporation, as Receiver for IndyMac Federal Bank, FSB<br><br>Plaintiff,<br><br>vs.<br><br>Dominique Ocampo; Jasmine Bayot Golez Ocampo; Devonna Troope; Erez Yehezkilof, Iris Yehezkilof; Coastline Lending Group; FCI Lender Services, Inc., a corporation; Does 1 through 5, being all persons unknown, claiming any legal or equitable right, title, estate, lien or interest in the property described in the complaint adverse to the plaintiff's title, or any cloud on plaintiff's title thereto; Does 6 through 10,<br><br>Defendants. | CASE NO. CV-10-9894-ODW (Ex)<br><br>[PROPOSED] FINAL JUDGMENT IN FAVOR OF PLAINTIFF THE FDIC AND AGAINST DEFENDANTS DOMINIQUE OCAMPO AND JASMINE BAYOT GOLEZ OCAMPO<br><br><br><br>Complaint Filed: 12/22/2010 |

83047.wpd
99000-AL

1

Having considered the complaint of plaintiff the Federal Deposit Insurance Corporation, as receiver for IndyMac Federal Bank, FSB (the "FDIC"), the order granting entry of default judgment against defendants Dominique Ocampo, the order granting entry of default judgment against defendant Jasmine Bayot Golez Ocampo, the order granting the stipulated dismissal as to defendants Coastline Lending Group, FCI Lender Services, Inc., Erez Yehezkilof and Iris Yehezkilof, the order granting the dismissal of defendant DeVonna Troope, the FDIC's request to enter final judgment in this action, and good cause appearing, the Court hereby ORDERS, ADJUDGES, AND DECREES, that:

Plaintiff, the FDIC, shall have and take judgment against defendants Dominique Ocampo and Jasmine Bayot Golez Ocampo as follows:

A. **As against defendant Jasmine Bayot Golez Ocampo ("Jasmine Ocampo"):**
   (1) The quitclaim deed, recorded on March 29, 2010, as instrument number 2010-041137 in the Official Records of the County Recorder of Riverside County is VOID and has no force or effect, and that Jasmine Ocampo has no right, title, interest, or claim in or to real property located at 2633 Hudson Avenue, Corona, California 92881.
   (2) Title is quieted in the FDIC's favor, and against any adverse right, title, interest, or claim of Jasmine Ocampo as of March 19, 2009.

B. **As against defendant Dominique Ocampo:**
   (1) The grant deed, recorded on January 15, 2010, as instrument number 2010-0019335 in the Official Records of the County Recorder of Riverside County is a forgery, and is therefore VOID, and has no force or effect, and that Dominique Ocampo has no right, title, interest, or claim in or to real property located at 2633 Hudson Avenue, Corona, California 92881.

///
///

(2) The grant deed, recorded on January 15, 2010, as instrument number 2010-0019336 in the Official Records of the County Recorder of Riverside County is a forgery, and is therefore VOID, and has no force or effect, and that Dominique Ocampo has no right, title, interest, or claim in or to real property located at 2633 Hudson Avenue, Corona, California 92881.

(3) The substitution of trustee and full reconveyance, recorded on February 18, 2010, as instrument number 2010-0073571 in the Official Records of the County Recorder of Riverside County is a forgery, and is therefore VOID, and has no force or effect.

(4) The substitution of trustee and full reconveyance, recorded on February 18, 2010, as instrument number 2010-0073574 in the Official Records of the County Recorder of Riverside County is a forgery, and is therefore VOID, and has no force or effect.

(5) Title is quieted in the FDIC's favor, and against any adverse right, title, interest, or claim of Dominique Ocampo as of January 15, 2010.

**IT IS SO ORDERED.**

DATED: July 21, 2011

_____
OTIS D. WRIGHT
Honorable Otis D. Wright II
United States District Court Judge

3

[PROPOSED] FINAL JUDGMENT IN FAVOR OF PLAINTIFF THE FDIC AND AGAINST DEFENDANTS DOMINIQUE OCAMPO AND JASMINE BAYOT GOLEZ OCAMPO